```
1  SCOTT N. JOHNSON, ESQ., SBN 166952
   Law Offices of SCOTT N. JOHNSON
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
```

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON ) | Case No.: CIV.S 06-cv-01052-FCD-GGH |
| Plaintiff, ) | |
| vs. ) | **STIPULATED DISMISSAL AND ORDER** |
| ) | |
| See's Candy Shops, Incorporated, Individually ) | |
| and d/b/a See's Candy; Lakha Properties- ) | Complaint Filed: MAY 12, 2006 |
| Sacramento, LLC; and DOES 1 through 10, ) | |
| inclusive, ) | |
| Defendants ) | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

Dated: October 17, 2006                                    BEST BEST & KRIEGER LLP


                                                           /s/Arlene Prater_____
                                                           ARLENE PRATER,

1

STIPULATED DISMISSAL and ORDER                             CIV: S-06-cv-01052-FCD-GGH

Attorneys for Defendants Lakha Properties-Sacramento, LLC

Dated: October 5, 2006                    Sheppard Mullin Richter & Hampton, LLP

/s/Ted C. Lindquist, III_____

TED C. LINDQUIST, III,

Attorneys for Defendant See's Candy Shops, Incorporated

Dated: October 5, 2006                    /s/Scott N. Johnson_____
SCOTT N. JOHNSON
Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated: November 16, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE